UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **EDCV 19-2207 MWF (KKx)** | Date: March 02, 2022 |
| Title | **Shyrome Hardmon v. Ascena Retail Group, Inc., et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 14, 2022, the parties filed a Joint Notice of Settlement and Status Report ("Joint Report").  (Docket No. 26).  In the Joint Report, the parties state that a class-wide settlement had been negotiated and Plaintiffs anticipated filing a motion for preliminary approval on or before February 11, 2022.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 18, 2022**.

- ■ BY PLAINTIFFS:  A Motion for Preliminary Approval of Settlement, or an updated Joint Report regarding the status of this matter.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **March 18, 2022** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm