**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
       kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff SHYROME HARDMON on her own behalf and on behalf of other individuals similarly situated.

[Additional Counsel on Following Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

| | |
|---|---|
| SHYROME HARDMON and KARLA A. CATOLIATO, on their own behalf and on behalf of other individuals similarly situated,<br><br>Plaintiffs,<br>v.<br>ASCENA RETAIL GROUP INC., a Delaware corporation, and DOES 1-10 inclusive,<br><br>Defendant. | **Case No.: 5:19-cv-2207- MFW-KKx**<br>Honorable Michael W. Fitzgerald, CR 5A<br><br>**CONSOLIDATED CLASS ACTION**<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date: September 26, 2022**<br>**Time: 10:00 a.m.**<br>**Ctrm: 5A**<br><br>Action Filed: October 11, 2019<br>Action Removed: November 15, 2019<br>Cons. Complaint Filed: November, 29, 2021<br>Trial Date: None Set |

KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

- 1 -

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**LAW OFFICES OF KEVIN T. BARNES**
Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

**LAW OFFICES OF RAPHAEL A. KATRI**
Raphael A. Katri, Esq. (#221941)
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Attorneys for Plaintiff KARLA A. CATOLIATO,

on behalf of herself and all others similarly situated

///

///

///

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT on September 26, 2022, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5A of the United States District Court, Central District located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiffs will move for an order granting final approval for the class action settlement, attorney fees, costs and class representative enhancements. Good cause exists for the granting of the Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of Plaintiffs' counsel, the Memorandum of Points and Authorities set forth below, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated:  August 29, 2022       LAW OFFICES OF KEVIN T. BARNES
                              LAW OFFICES OF RAPHAEL A. KATRI
                              BRADLEY/GROMBACHER, LLP

                         By:  */s/ Kevin T. Barnes*
                              Kevin T. Barnes, Esq.
                              Marcus J. Bradley, Esq.
                              Attorneys for Plaintiffs

KEVIN T. BARNES
1635 PONTIUS
AVENUE,
SECOND FLOOR
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**