JS-6

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
E-Mail: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff SHYROME HARDMON
on her own behalf and on behalf of other
individuals similarly situated.

*[Additional Counsel on Following Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

| | |
|---|---|
| SHYROME HARDMON and KARLA A. CATOLIATO, on their own behalf and on behalf of other individuals similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>ASCENA RETAIL GROUP INC., a Delaware corporation, and DOES 1-10 inclusive,<br><br>　　　　　　　Defendant. | **Case No.: 5:19-cv-2207- MFW-KKx**<br>Honorable Michael W. Fitzgerald, CR 5A<br><br>**CONSOLIDATED <u>CLASS ACTION</u>**<br><br>**ORDER AND JUDGEMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENTS**<br><br>Action Filed: October 11, 2019<br>Action Removed: November 15, 2019<br>Cons. Complaint Filed: November, 29, 2021<br>Trial Date: None Set |

- 1 -

**ORDER AND JUDGEMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENTS**

Kevin T. Barnes
1635 Pontius Avenue,
Second Floor
Los Angeles, CA
90036-5614
Tel.: (323) 549-9100
Fax: (323) 549-0101

**LAW OFFICES OF KEVIN T. BARNES**
Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

**LAW OFFICES OF RAPHAEL A. KATRI**
Raphael A. Katri, Esq. (#221941)
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Attorneys for Plaintiff KARLA A. CATOLIATO,

on behalf of herself and all others similarly situated

///

///

///

- 2 -

[PROPOSED] ORDER AND JUDGEMENT GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES,
COSTS AND CLASS REPRESENTATIVE ENHANCEMENTS

KEVIN T. BARNES
1635 PONTIUS
AVENUE,
SECOND FLOOR
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

The Plaintiffs and Class Members, as defined below, and the settling Defendant Ascena Retail Group, Inc. (hereinafter "Defendant" or "Ascena") have entered into an agreement to settle the above-captioned class action, subject to the Court's approval. The Settlement provides for the payment of compensation to each Class Member at Ascena within the State of California during the class period.

Pursuant to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice, this Court granted preliminary approval to the Settlement on May 12, 2022 (the "Preliminary Approval Order"). The Preliminary Approval Order also approved the Notice of Class Action Settlement and the notice plan. The Court entered the Preliminary Approval Order after review and consideration of the motion and all of the pleadings filed in connection herewith.

In compliance with the Preliminary Approval Order, notice was sent to all Class Members via first-class mail and multiple follow-up mailings were performed for returned mail. The notice plan was timely completed.

This matter is now before the Court on Plaintiffs' Motion for Final Approval of the Class Action Settlement, Attorney Fees, Costs and Class Representative Enhancements. The Court has read, heard, and considered all the pleadings and documents submitted, and the presentations made in connection with the Motion, which came on for hearing on September 26, 2022. This Court finds that the proposed settlement appears to be the product of serious, informed, non-collusive negotiations, has no obvious deficiencies, and does not improperly grant preferential treatment to any individuals. The Court finds that the settlement was entered into in good faith. The Court further finds that the settlement is fair, reasonable and adequate and that Plaintiffs have satisfied the standards for final approval of a class action settlement under federal law. Under the provisions of Federal Rule of Civil Procedure 23, the Trial Court has discretion to certify a class where: [Q]uestions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENTS

efficiently adjudicating the controversy… . Fed. R. Civ. Proc. 23(b)(3).

Certification of the Settlement Class, as defined below, is the appropriate judicial device under these circumstances.

Based on the foregoing, **IT IS HEREBY ORDERED THAT:**

1. This Court has jurisdiction over the claims of the Settlement Class Members asserted in this proceeding and over all parties to the action.

2. Plaintiffs' Motion for Final Approval of the Class Action Settlement, Attorney Fees, Costs and Class Representative Enhancements is granted.

3. For the reasons set forth in the Preliminary Approval Order, which are adopted and incorporated herein by reference, this Court finds that the applicable requirements of the Federal Rule of Civil Procedure 23 have been satisfied with respect to the Settlement Class and the proposed settlement.

4. Class Members or Settlement Class are defined as follows: all current and formerly hourly-paid, non-exempt employees who worked for Defendant in California during the period of October 11, 2015 to May 15, 2021.

5. The notice given to the Settlement Class Members fully and accurately informed the Class Members of all material elements of the proposed settlement and of their opportunity to object or comment thereon; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with the laws of the State of California, Federal Rules of Civil Procedure, the United States Constitution, due process and other applicable law.  The summary notices fairly and adequately described the settlement and provided Class Members adequate instructions and a variety of means to obtain additional information.  A full opportunity has been afforded to the Settlement Class Members to participate in this hearing, and all Settlement Class Members and other persons wishing to be heard have been heard.  Accordingly, the Court determines that all Settlement Class Members who did not timely and properly opt out are bound by this judgment and order. There are zero opt outs to this settlement.

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA 90025
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

- 4 -

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENTS

6. Pursuant to Federal Rule of Civil Procedure 23(e), the Court hereby grants final approval to the settlement and finds that it is fair, reasonable and adequate, and in the best interests of the Settlement Class Members as a whole. Accordingly, the Court hereby directs that the settlement be effected in accordance with the Joint Stipulation of Class Action Settlement and Release and the following terms and conditions.

7. With this final approval of the proposed settlement, it is hereby ordered that all members of the Settlement Class who have not opted out of the Settlement Class fully release and discharge Defendant and its parent and subsidiary corporations, divisions and affiliated corporations, insurers, purchasers, partnerships, employee benefit plans, or other affiliates, past and present, as well as each of their shareholders, owners, employees, officers, directors, agents, servants, insurers, re-insurers, attorneys, contractors, successors, and assigns, past or present that could be liable for any of the Released Claims. The release shall cover any claims arising within the scope of the lawsuit arising any time up to and including May 15, 2021.

8. The Class Representatives additionally waive all rights and benefits afforded by California Civil Code §1542 and do so understanding the significance of that waiver. Section 1542 provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

9. It is hereby ordered that Class Representative Enhancements of $3,500 to Shyrome Hardmon and $3,500 to Karla A. Catoliato are fair and reasonable.

10. It is hereby ordered that the requests for attorneys' fees in the amount of $66,666.67, litigation costs in the amount of $3,428.92 and the settlement

- 5 -

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENTS

administrator's costs in the amount of $17,850, which amounts shall be paid out of the total settlement amount as set forth in this settlement, are hereby granted pursuant to federal law because, *inter alia*, Plaintiffs' counsel's request falls within the range of reasonableness and the result achieved justifies the award.

11.     It is hereby ordered that the $25,000 PAGA payment shall be made, with $18,750 payable to the Labor Workforce Development Agency, and shall be paid out of the total settlement amount as set forth in this settlement.

12.     Without affecting the finality of this matter, this Court shall retain exclusive and continuing jurisdiction over this action and the parties, including all Settlement Class Members, for purposes of supervising, administering, implementing, and enforcing this order.

## JUDGMENT

In accordance with, and for the reasons stated in this Order, judgment shall be entered whereby the representative Plaintiffs and all Settlement Class Members shall take nothing from Defendant, except as expressly set forth in the Joint Stipulation of Class Action Settlement and Release, which was previously filed in connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice.

**IT IS SO ORDERED.**

Dated: November 29, 2022

_____
Honorable Michael W. Fitzgerald
United States District Judge

[PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENTS